UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KUM NAM LEE,

               Petitioner,

-against-

PROLAND MANAGEMENT,

               Respondent.

22-CV-9490 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

       The Court directs the Clerk of Court to administratively close this action. *See In re Young Yil Jo*, ECF 1:14-CV-7793, 3 (S.D.N.Y. May 6, 2015).

SO ORDERED.

Dated:   November 15, 2022
            New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge